ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NUMBER: 11-CR-20493-005 |
| | : | |
| Jose Daniel-Soria SANDOVAL | : | |

## ORDER

## HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E) PROGRAM

The Court imposes the following special conditions:

X   Verbal reprimand to adhere to the following mandatory condition: "You must not commit another federal, state or local crime."

☐   Judicial reprimand in open court today.
☐   Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐   Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐   Travel restricted as follows:_____
☐   Increased reporting to the probation officer as follows: _____
☐   Increased drug testing as follows: _____
☐   Participation in drug, alcohol, or mental health treatment.
☐   Complete _____ hours community service as directed.
☐   Comply with the following curfew restrictions or home confinement: _____

☐   Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐   Serve _____ days in jail, to be released on _____
☐   Termination from the H.O.P.E. Program.
☐   Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E Program review date is on December 18, 2025, at 2:00 p.m. at the U.S. Courthouse in    the Eastern District of Michigan.

Dated this 13th day of November 2025.

_____
United States District Judge